579 A.2d 1308

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES**

v.

**William RAMAGOSA, Sr., William Ramagosa, Jr., Robert Ramagosa, Sunrise Ventures, Inc., and Sunnylands, Inc., Appellants.**

No. 14 M.D. Appeal Dkt. 1990.

Supreme Court of Pennsylvania.

Oct. 3, 1990.

ORDER

PER CURIAM:

AND NOW, this 2nd day of October, 1990, the appeal is dismissed as being from an interlocutory order.